# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

KATHLEEN WALLACE,

                Plaintiff(s),

    v.                                     Civil No. 06-1105-TC

COMMISSIONER, SOCIAL
  SECURITY ADMINISTRATION,

                Defendant(s).

## JUDGMENT

Pursuant to sentence four of 42 USC 405(g), this case is reversed and remanded to Defendant Commissioner for further administrative proceedings.

Dated: February 21, 2008.

_____
United States Magistrate Judge

**JUDGMENT**