# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**KATHLEEN WALLACE,**
    **Plaintiff,**

    v.

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

CV 06-1105 - TC

**ORDER**

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6184.50, and costs in the amount of $0.00, for a total of $6184.50, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this 14 day of March 2008.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER    [CV 06 - 1105 - TC]